AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROBERT ALBERS and CATHERINE ALBERS,

                Plaintiffs,

                v.

NATIONSTAR MORTGAGE LLC,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5058-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendant's Motion for Summary Judgment and Closing File entered on October 28, 2011, ECF No. 41, judgment is entered in favor of Defendant with prejudice.

October 28, 2011                              JAMES R. LARSEN
*Date*                                                    *Clerk*

                                                         s/ Cora Vargas
                                                         *(By) Deputy Clerk*
                                                         Cora Vargas